# EXHIBIT D

# seterus™

**Physical Address**
14523 SW Millikan Way; Suite 200; Beaverton, OR 97005

**Business Hours (Pacific Time)**
Monday-Thursday 5 a.m. to 8 p.m.
Friday 5 a.m. to 6 p.m.

**Payments**
PO Box 7162; Pasadena, CA 91109-7162

**Correspondence**
PO Box 2008; Grand Rapids, MI 49501-2008

**Phone**
866.570.5277

**Fax**
866.578.5277

**Website**
www.seterus.com

October 17, 2012

L724K

HAGER, CYNTHIA GAIL
669 SUTTLES RD
ELLENBORO, NC  28040

RE: Loan No.: ███████, serviced by Seterus, Inc.

**PLAINTIFF'S EXHIBIT**
11 ddr
Jacob 7-14-16

Your loan is in default due to non-payment of the amount below.

Amount Due:        $3,204.72
Amount Due By:  December 6, 2012  ("Expiration Date")

We hereby demand that you bring your loan current ("cure the default") by paying the amount shown above. In addition, your regular payment may become due by the Expiration Date. You also should be aware that the delinquent amount of principal continues to accrue interest.

If full payment of the default amount is not received by us in the form of a certified check, cashier's check, or money order, on or before the Expiration Date, we will accelerate the maturity date of your loan and upon such acceleration the ENTIRE indebtedness of the loan, including principal, accrued interest, and all other sums due thereunder, shall, at once and without further notice, become immediately due and payable. Acceleration of the sums secured by the mortgage also may result in the sale of the premises. Any such action will not take place before 45 days from the date of this notice.

If you send only a partial payment, the loan still will be in default and we may keep the payment and still will accelerate the maturity date.

IF THE DEFAULT IS NOT CURED ON OR BEFORE THE EXPIRATION DATE, WE AND THE LOAN OWNER INTEND TO ENFORCE THE LOAN OWNER'S RIGHTS AND REMEDIES AND MAY PROCEED WITHOUT FURTHER NOTICE TO COMMENCE FORECLOSURE PROCEEDINGS. ADDITIONAL FEES SUCH AS FORECLOSURE COSTS AND LEGAL FEES MAY BE ADDED PURSUANT TO THE TERMS OF THE LOAN DOCUMENTS.

This notice of our intent to foreclose has no effect on your right to dispute the debt in writing as indicated in the debt validation letter we sent to you on October 17, 2012. The Fair Debt Collection Practices Act does not require us to wait until the end of the 30-day validation period before attempting to collect this debt. If, however, you request proof of the debt or the name and address of the original creditor within the 30-day

THIS COMMUNICATION IS FROM A DEBT COLLECTOR AS WE SOMETIMES ACT AS A DEBT COLLECTOR. WE ARE ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. HOWEVER, IF YOU ARE IN BANKRUPTCY OR RECEIVED A BANKRUPTCY DISCHARGE OF THIS DEBT, THIS LETTER IS NOT AN ATTEMPT TO COLLECT THE DEBT, BUT NOTICE OF POSSIBLE ENFORCEMENT OF OUR LIEN AGAINST THE COLLATERAL PROPERTY. **COLORADO**: FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT, SEE WWW.COLORADOATTORNEYGENERAL.GOV/CA. Seterus, Inc. maintains a local office at 355 Union Boulevard, Suite 302, Lakewood, CO 80228. The office's phone number is 888.738.5576. **NEW YORK CITY**: 1331537, 1340663, 1340148. **TENNESSEE**: This collection agency is licensed by the Collection Service Board of the Department of Commerce and Insurance. Seterus, Inc. is licensed to do business at 14523 SW Millikan Way, Beaverton, OR.

Seterus-01-002629   Page 1 of 5

HAGER, CYNTHIA GAIL
October 17, 2012
Loan Number: ███████

period upon your receipt of the debt validation letter, the law requires us to suspend our efforts to collect the debt until we mail the requested information to you.

Seterus-01-002630

HAGER, CYNTHIA GAIL
October 17, 2012
Loan Number:

The following is an itemization of all past due amounts causing your loan to be in default, plus all charges that must be paid in order to bring your loan current:

| | Totals |
|---|---|
| **Past Due Installment:** | |
| Principal | $459.04 |
| Interest | 2,406.60 |
| Escrow Installment | 0.00 |
| | $2,865.64 |
| **Other Open Charges:** | |
| Late Charges | 381.39 |
| Property Inspections | 15.00 |
| | $396.39 |
| Less Suspense (Balance) | $57.31 |
| **TOTAL** | $3,204.72 |

Nothing contained in this letter or in any other communication regarding the loan shall modify or waive any term or provision of the loan. The status of your loan may be reported to credit reporting agencies.

You have the right to reinstate your loan after acceleration and the right to bring a court action or assert in the foreclosure proceedings the nonexistence of a default or any other defense to acceleration and sale. If you reinstate your loan after acceleration, the loan no longer will be immediately due in full.

North Carolina law requires that we provide the following notices:

Options may be available to avoid foreclosure. You may discuss such options with us or a counseling agency approved by the United States Department of Housing and Urban Development (HUD). You may contact us in writing at PO Box 2008; Grand Rapids, MI 49501-2008; you may also call us at 866.570.5277 . The following are some of the HUD-approved counseling agencies operating within North Carolina:

HAGER, CYNTHIA GAIL.
October 17, 2012
Loan Number: ▮▮▮▮▮▮

| Agency Name | Phone, Toll-free, Fax, Email and Website | Address |
|---|---|---|
| CCCS OF GREATER GREENSBORO (NC Forclosure Prevention Fund) | P: 336.373.8882<br>T: 888.755.2227<br>F: 336.387.9167<br>W: www.familyservice-piedmont.org | 236 N. Mebane Street<br>Burlington, North Carolina 27217 |
| THE HOUSING PARTNERSHIP OF CHARLOTTE-MECKLENBURG | P: 704.342.0933 or 704.377.HOME (4663)<br>F: 704.342.2745<br>W: www.cmhp.org | 4601 Charlotte Park Drive<br>Suite 350<br>Charlotte, North Carolina 28217 |
| CONSUMER CREDIT COUNSELING SERVICE OF WNC, INC. - DBA - ONTRACK FINANCIAL EDUCATION & COUNSELING | P: 828.255.5166.110<br>T: 800.737.5485<br>F: 828.255.5129<br>W: www.ontrackwnc.org | 50 S French Broad Ave Ste 227<br>Asheville, North Carolina 28801 |
| NACA (NEIGHBORHOOD ASSISTANCE CORPORATION OF AMERICA) RALEIGH, NC | P: 919.855.8484<br>T: 888.297.5568<br>E: snesbitt@naca.com<br>W: www.naca.com | 3109 Poplarwood Court<br>Suite 110<br>Raleigh, North Carolina 27604 |
| MONROE-UNION COUNTY COMMUNITY DEVELOPMENT CORPORATION | P: 704.283.8804<br>F: 704.292.1037<br>E: gmuccdc@carolina.rr.com<br>W: www.muccdc.com | 349 East Franklin Street<br>Monroe, North Carolina 28110 |
| GREENVILLE HOUSING AUTHORITY | P: 252.329.4000<br>F: 252.329.4026<br>W: www.ghanc.net | 1103 Broad Street<br>Greenville, North Carolina 27834 |

Please note: The counseling agencies listed above are not affiliated with us. We are receiving no payment or compensation of any kind for mention of them in this letter. We do not endorse any particular counseling agency. We would be pleased to work with you and any approved counseling agency assisting you with your loan. For a complete list of HUD-approved counseling agencies operating within North Carolina, you can access the HUD website directly at www.hud.gov or through the link provided on our website at www.seterus.com.

Page 4 of 5

Seterus-01-002632

HAGER, CYNTHIA GAIL
October 17, 2012
Loan Number: ███

The contact information for the consumer complaint division of the North Carolina Office of the Commissioner of Banks:

    Location: 316 W Edenton St., Raleigh, NC  27603
    Mailing:  4309 Mail Service Center, Raleigh, NC  27699-4309
    Phone:    888.384.3811
    Fax:      919.733.6918
    Website:  http://www.nccob.org

If you have any questions, please contact us at 866.570.5277.

Sincerely,

Seterus, Inc.

Seterus-01-002633

# seterus™

## United States Department of Housing and Urban Development Servicemembers Civil Relief Act Notice

### Legal Rights and Protections Under the SCRA

- Servicemembers on "active duty" or "active service," or a dependent of such a servicemember may be entitled to certain legal protections and debt relief pursuant to the Servicemembers Civil Relief Act (50 U.S.C App. 501, et seq.) (SCRA).

### Who May Be Entitled to Legal Protections Under the SCRA?

- Active duty members of the Army, Navy, Air Force, Marine Corps, Coast Guard, and active service National Guard;
- Active servicemembers of the commissioned corps of the National Oceanic and Atmospheric Administration;
- Active servicemembers of the commissioned corps of the Public Health Service;
- United States citizens serving with the armed forces of a nation with which the United States is allied in the prosecution of a war or military action; and
- Dependents of the above (e.g., spouse or children).

### What Legal Protections Are Servicemembers Entitled to Under the SCRA?

- The SCRA states that a debt incurred by a servicemember, or spouse jointly, prior to entering military service shall not bear interest at a rate above 6 percent during the period of military service and until one year after the end of such service.
- The SCRA states that in a legal action to enforce a debt against real estate that is filed during, or within 9 months after the servicemember's military service, a court may stop the proceedings for a period of time, or adjust the debt. In addition, the sale, foreclosure, or seizure of real estate shall not be valid if it occurs during, or within 9 months, after the servicemember's military service unless the creditor has obtained a court order approving the sale, foreclosure, or seizure of the real estate.

### How Does a Servicemember or Dependent Request Relief Under the SCRA?

- A servicemember or dependent, or both, may request relief under the SCRA by providing the lender/servicer a written notice with a copy of the servicemember's military orders.

Seterus, Inc.
PO Box 2008
Grand Rapids, MI 49501-2008

### How Does a Servicemember or Dependent Obtain Information About the SCRA?

- The U.S. Department of Defense's information resource is "Military One Source." Web site: http://www.militaryonesource.com. The toll-free telephone numbers for Military One Source are: From the United States: 1-800-342-9647. From outside the United States (with applicable access code): 800-342-9647-7. International Collect: 1-484-530-5908.
- Servicemembers and dependents with questions about the SCRA should contact their unit's Judge Advocate, or their installation's Legal Assistance Officer. A military legal assistance office locator for each branch of the armed forces is available at: http://legalassistance.law.af.mil/content/locator.php.

THIS COMMUNICATION IS FROM A DEBT COLLECTOR AS WE SOMETIMES ACT AS A DEBT COLLECTOR. WE ARE ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. HOWEVER, IF YOU ARE IN BANKRUPTCY OR RECEIVED A BANKRUPTCY DISCHARGE OF THIS DEBT, THIS LETTER IS NOT AN ATTEMPT TO COLLECT THE DEBT, BUT NOTICE OF POSSIBLE ENFORCEMENT OF OUR LIEN AGAINST THE COLLATERAL PROPERTY. COLORADO: FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT, SEE WWW.COLORADOATTORNEYGENERAL.GOV/CA. Seterus, Inc. maintains a local office at 355 Union Boulevard, Suite 302, Lakewood, CO 80228. The office's phone number is 888.738.5576. NEW YORK CITY: 1331537, 1340663, 1340148. TENNESSEE: This collection agency is licensed by the Collection Service Board of the Department of Commerce and Insurance. Seterus, Inc. is licensed to do business at 14523 SW Millikan Way, Beaverton, OR.